WILLIAM R. ANGELL, Appellant, *vs.* LOUIS L. ANGELL, Trustee, Appellee.

A trust deed provided that the trust estate should not be sold at private sale for a less sum than might be fixed by a Probate Court.

*Held,* that no appeal lay from the decree of the Probate Court fixing this sum.

APPEAL from the Court of Probate of the town of North Providence. Heard by the court on an agreed statement of facts.

It appears from the statement of facts filed in the case that a trust deed provided " no sale at private sale of any of the then trust estate " should be made " at a less price than that fixed for the same by a decree of the then Court of Probate of the said town of North Providence." The Court of Probate, on the application of the trustee, fixed a price, and from the decree fixing this price the appellant, who had an interest in a part of the trust property, appealed.

*January* 23, 1892. PER CURIAM. The court is of opinion that, upon the statement of facts submitted, no appeal lies from the decree of the Court of Probate of North Providence fixing, in accordance with the provision of the trust deed, the minimum price for which the land in the trustee's application to that court mentioned may be sold.

By the terms of the trust deed it is provided that no private sale of the land shall be made for a less price than that fixed for the same by the then Court of Probate of North Providence. That court is thus constituted the tribunal for determining the lowest price at which the land may be sold. No provision is made for an appeal, and to permit an appeal would be to substitute the judgment of another tribunal in place of that agreed upon by the parties to the deed.

*James Harris,* for appellant.

*Stephen A. Cooke, Jun., & Louis L. Angell,* for appellee.